1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4
   Attorney for:
5  Greg Herman

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,                Case No.: 2:11-MJ-00147-EFB

10         Plaintiff,                       **ORDER RE WAIVER OF DEFENDANT
                                            GREG HERMAN'S PRESENCE**
11    vs.

12 GREG HERMAN, et. al.

13         Defendants.

14

15

16     Defendant, GREG HERMAN, hereby waives the right to be present in person in open court

17 upon the hearing of any motion or other proceeding in this cause, including, but not limited to,

18 when the case is ordered set for trial, when a continuance is ordered, and when any other action

19 is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury

20 and imposition of sentence. Defendant, GREG HERMAN, hereby requests the court to proceed

21 during every absence of his which the court may permit pursuant to this waiver; agrees that his

22 interests will be deemed represented at all times by the presence of his attorney, the same as if

23 defendant were personally present and further agrees to be present in court ready for hearing any

24 day and hour the court may fix in his absence.

25     Defendant, GREG HERMAN, further acknowledges that he has been informed of his rights

26 under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times

27 and delays under the Act without defendant, GREG HERMAN, being present.

28

| | | | |
|---|---|---|---|
| Dated: June 21, 2011 | | By: | /s/ Greg Herman |
| | | | GREG HERMAN |
| | | | Defendant |
| | | | (Original on file in attorney's office) |
| | | | |
| Dated: June 21, 2011 | | By: | /s/ Dustin D. Johnson |
| | | | DUSTIN D. JOHNSON |
| | | | Attorney for GREG HERMAN |

IT IS SO ORDERED.

Dated:  June 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE