DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JOHN SIBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MAG-11-147-EFB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS** |
| ) | **CONFERENCE** |
| JOHN SIBERT et al., ) | |
| ) | Date: November 28, 2011 |
| Defendants. ) | Time: 10:30 a.m. |
| _____ ) | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID STEVENS, Assistant United States Attorney, attorney for Plaintiff, COURTNEY FEIN, attorney for JOHN SIBERT, and DUSTIN JOHNSON attorney for GREG HERMAN, AL HERMAN and VERNA HERMAN, that the status conference set for October 26, 2011 vacated and reset for a status conference on November 28, 2011, at 10:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The reason for this continuance is to allow defense counsel additional time to consult with their clients about the case, review the discovery and continue with investigating facts in this case.

DATED: October 24, 2011.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JOHN SIBERT

/s/ Courtney Fein for
DUSTIN JOHNSON
Attorney for
GREG HERMAN, AL HERMAN
and VERNA HERMAN

DATED: October 24, 2011.

BENJAMIN WAGNER
United States Attorney

/s/ David Stevens
DAVID STEVENS
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: October 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE