1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOHN SIBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. MAG-11-147-EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| JOHN SIBERT, et al., | ) |
| Defendants. | ) Date: January 9, 2012<br>) Time: 2:00 p.m.<br>) Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID PETERSON, Assistant United States Attorney, attorney for Plaintiff, COURTNEY FEIN, attorney for JOHN SIBERT, and DUSTIN JOHNSON attorney for GREG HERMAN, AL HERMAN and VERNA HERMAN, that the status conference set for November 28, 2011 vacated and reset for a status conference on January 9, 2012, at 2:00 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     The reason for this continuance is to allow defense counsel additional time to consult with their clients about the case, review the discovery and continue with investigating facts in this case.

DATED:  November 21, 2011.　　　　　　　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JOHN SIBERT

/s/ Courtney Fein for
DUSTIN JOHNSON
Attorney for
GREG HERMAN, AL HERMAN
and VERNA HERMAN

DATED:  November 21, 2011.　　　　　　　　　BENJAMIN WAGNER
United States Attorney

/s/ David Stevens
DAVID STEVENS
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  November 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2